Opinion issued September 23,
2010.

 

 

 

 

 

 

 




 
 
 
 
 
 
 




 

In The

Court of Appeals

For the

First District of Texas

____________

 

NO. 01-10-00737-CV

____________

 

IN RE ANTHONY W. NORMAN, JR., Relator

 



 

Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

Relator, Anthony W. Norman, Jr., filed a petition for a writ of mandamus seeking
to compel Judge Dan Hinde of the 269th District Court of Harris County to sign
an order granting expunction.[1]

We deny the petition for a writ of mandamus.  The relator failed to include a copy of the
petition for expunction or other motion seeking a ruling from the trial
court.  See Tex. R. App. P.
52.3(k)(1)(A) (requiring petitioner to include “a certified or sworn copy of
any order complained of, or any other document showing the matter complained
of” in appendix to petition); see also In
re Fox, 141 S.W.3d 795, 797 (Tex. App.—Amarillo 2004, orig. proceeding)
(“[B]efore mandamus relief may issue, the petitioner must establish that the
district court (1) had a legal duty to perform a non-discretionary act, (2) was
asked to perform the act, and (3) failed or refused to do it.”).

PER CURIAM

Panel consists of Justices Keyes,
Higley, and Bland.











[1]        The
underlying lawsuit is Norman v. State, No. 2009-59663 (269th Dist. Ct.,
Harris County, Tex.), the Honorable Dan Hinde presiding.